NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000371
31-DEC-2013
01:19 PM

NO. CAAP-12-0000371

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
EMMANUEL DAGUPION, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Wahiawa Division)
(CASE NO. 1DTC-11-018379)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on October 25, 2013, is hereby corrected as follows:

1.   On page 1, on the last line of text, the word "if" should be replaced with "it" so that as corrected, the text reads: ". . . because it failed . . . ;"

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, December 31, 2013.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.